| | |
|---|---|
| *Trustee Name, Address, Phone, Fax, Email:*<br><br>Guido Giacometti<br>1350 Ala Moana Boulevard<br>Honolulu, HI 96814<br>Tel: (808) 882-1924<br>Fax: (808) 882-1925<br>guido@kona.net | **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF HAWAII** |
| Debtor(s):   **Sukamto Sia, fka Sukarman Sukamto** | Case No.:  **98-04912**<br><br>Chapter    7 |

### NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

| | |
|---|---|
| Total funds being deposited with the court pursuant to Fed. R. Bankr. P. 3011:<br>This amount represents unclaimed funds on the claim(s) listed below. | $ **6,121.59** |

*[List claimants for unclaimed funds below - attach continuation sheets if necessary.]*

| Claim No. | Claimant Name and Address | Amount |
|:---:|---|---|
| 16 | Citibank N.A.<br>c/o Tom Roesser, Esq.<br>Carlsmith Ball LLP<br>1001 Bishop Street<br>2200 Pacific Tower<br>Honolulu, HI 96813 | $ 6,121.59 |
| | | $ |
| | | $ |
| | | $ |

| | |
|---|---|
| Dated: 8/25/09 | /s/ Guido Giacometti<br>Trustee |